**SEALED**  **FILED**

BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

JUN 1 6 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )  Case No. 2:10 mj 0174 KJM
       Plaintiff,         )
                          )  ORDER TO SEAL
  v.                      )
                          )
ANTONIO GARCIA-GUILLEN,   )
                          )
       Defendant.         )
_____)

  Upon Application of the United States of America and good cause having been shown,

  IT IS HEREBY ORDERED that the government's Request to Seal Documents, this Order, and the documents numbered 0001 through 0005 (i.e., the Criminal Complaint, Arrest Warrant, and supporting Affidavit) be sealed until the defendant's arrest or further order of the Court. The Sanitized Order shall be filed in the Court's

///
///
///
///

1

1  publically available case file.  Employees of the United States
2  Attorney's Office and sworn law enforcement officers may access
3  these sealed documents as necessary.

5  DATED:  6/16/10

KIMBERLY J. MUELLER
United States Magistrate Judge